☒ FILED      ☐ LODGED

**SEP 28 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Sergio Alfredo Bernal ADC# 214638
Arizona State Prison Complex Eyman
Unit - Cook - P.O. Box 3200
Florence Az 85132
          Pro Se

United States District Court
District of Arizona

CR# CV-23-2071-PHX-GMS (ASB)

Sergio Alfredo Bernal                Emergency medical denial
          Plaintiff                  & Temporary Restraining
v.                                   Order / Injunction
Ryan Thornhill, et al.,

          Upon Complaint, the supporting affidavits, and the memorandum
of law submitted herewith, it is:
          Ordered that defendants, Ryan Thornhill Prison Director, Provider Stewart
Provider Fangie and Nophcare Medical Services for Arizona Prisons, Cook Unit,
show cause in the Delay treatment to my life threating injury. On September
22, 2023 I was taken to a Specialist regarding severe seizures, she had
ordered several exam's, MRI, EKG and Radiology results to give a diagnosis
          She informed me that I had severe Nervous System Damage increased
by the medication that induced the severe seizures and Headaches.

The medication ordered by the NeuroSurgeon will reduce further damage to My Nervous System Gabapentin 3200 mg. I currently get 600 mg that she ordered/recommended, and a Steroid patch, another pill was followed as prescribed.

On 9·25·2023 I spoke to the primary medical provider Stewart for Naphcare medical services. On the middle fence of the Unit around 1:30pm camera footage will be demanded in Discovery to prove that encounter, My concern was the delay in treatment he dismissed it as you have to wait to see a provider, he is a Provider.

That the NeuroSurgeon recommendation was that a recommendation did not need to be followed, what is the purpose of taking me to a specialist then, he dismissed further conversation, He is the Head Provider and showed a complete disregard for my life after I informed him, that I was told I would die if treatment is ~~not~~ delayed.

The usual Deliberate Indifference showed with Corizan, Centurion now Naphcare who all employed him as Head Provider, Reckless Medical practice for a life ending injury.


On 9·27·2023 I walked to Medical with severe headaches of which I had notified Naphcare for month's, that they would wait to see what a Neurosurgen said, I spoke to a Officer who spoke to Provider Fengie camerias will show and are requested for Discovery, She dismissed my pain as He has to wait to see a provider that it was backlogged it takes month's to bee seen by a provider I have told them that I was told that I will die without this

The Treatment only to be delayed by a for profit Medical provider and Its employer that Know's denying treatment is cheaper than medication

2

including immediate Surgery. Only to be delayed by Naphcare for profit tactics. see:

Brinton v. Gaffney, 554 F. supp. 388, 1983 US. Dist. Lexis 20071 (E.D.Pa 1983) In prisoner's civil Rights action against doctors for alleged violation of constitutional rights by displaying complete Deliberate Indifference to prisoners Medical need while prisoner was incarcerated in state correctional institution.


Complete Discovery will be demanded from Defendants of my medical record The Arizona Revised Statute 13-3601 Vulnerable Adult abuse, 13-301, and 13-1101 if this Deliberate Indifference continues from the Defendant that will cost me my loss of life, that can be prevented by surgery A S.A.P as recommended.

It is Ordered that Mr. Bernal receive the treatment ordered by the Neurosurgeon's on September 22, 2023 without further Delay. It is also ordered that no retaliation be submitted or hinder him by any means.

A complete Discovery of Mr. Bernal's medical file be produced to help in his formal 1983 complaint to follow. Immediate action is to be followed by the Defendants and all other ADOCRR and Naphcare personnel in accordance to the Neurosurgeon

It is further ordered that the order to show cause, and all other papers attached to this application, be served on the aforsaid Plaintiff by October 2, 2023.


Date:

United States District Judge.


3

Exhibit A

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| | |
|---|---|
| Received By | |
| Title  Coll | |
| Badge Number  2331 | Date  9-28-23 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.)  Bernal Sergio A. | ADC Number  211658 | Date  9.27.2023 |
|---|---|---|
| Institution/Facility  ASPC 1824 L - Cook Unit. | Case Number | |

To: COIV Larson / COIV Sutton / Emergency Medical Grievance.

**Description of Grievance** (To be completed by the inmate)

On 9.22.2023 I went to My Neurologist who told Me that I need a special Medication to calm My Damaged Nervous System and severe Head trauma (Headaches), and that would be prior to A.S.A.P surgery. On 9.25.2023 I saw Provider Stewart on the middle face around 2:00pm. He took My name and said he would get it done, today 9.27.23 I notified P. Fanger? at Medical at 11 cameras on the yard and Medical are witness and Discovery for litigation since I have not receive My Medication. Now they are in violation of Deliberate Indifference to My pain and attempting on My life that under Arizona law 13-301 Accomplice Liability to 13-3601 vulnerable Adult abuse, 13-1101 Felony Murder. The Neurologist said I could further damage My Nervous System and needed that Medication and Emergency Surgery. I have not received nothing except I need to see the provider which I did. They are willfully depriving Me of life saving Medical care, Since being Moved from the Fed I have this.

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Need the Medication Prescribed by My doctor to reduce Headaches and continued stress on My Nervous System, Approval and scheduling for surgery as Prescribed.

| Inmate's Signature  Sergio A. Bernal | Date  9-27-23 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1
12/19/12