# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sergio Alfredo Bernal,<br><br>    Plaintiff,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>    Defendants. | **NO. CV-23-02071-PHX-GMS (ASB)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 12, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

October 12, 2023

By    s/ W. Poth
      Deputy Clerk
